# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2017

155478 & (101)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SEBASTIAN KUHLGERT, Conservator of
ELISABETH OSTENDORF,
      Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY and BOARD
OF TRUSTEES OF MICHIGAN STATE
UNIVERSITY,
      Defendants,
and

UNITED EDUCATORS,
      Intervening Defendant-Appellant.

SC: 155478
COA: 332442
Ct of Claims: 15-000047-MZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 17, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2017



Clerk

t0329